**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Oleksandr Khomvch,

      Petitioner

v.

Markwayne Mullin, et al.,[1]

      Respondents

Case No.: 2:26-cv-00733-JAD-BNW

**Order Granting Petitioner's Motion to Dismiss and Closing Case**

[ECF No. 9]

Petitioner Oleksandr Khomvch filed a pro se petition for a writ of habeas corpus in early March 2026.  I appointed him counsel and ordered Khomvch to file a counseled amended petition.[2]  On May 21, 2026, Khomvch's counsel filed a motion to dismiss this case as moot instead, representing that Khomvch was removed on April 30, 2026.[3]  With good cause appearing, I grant that motion and close this case.

**Conclusion**

IT IS THEREFORE ORDERED that the motion to dismiss the petition as moot **[ECF No. 9] is GRANTED**.  The Clerk of Court is directed to CLOSE THIS  CASE.

_____
U.S. District Judge Jennifer A. Dorsey
May 27, 2026

---

[1] Todd Blanche has replaced respondent Pamela Bondi as the Acting Attorney General of the United States and Markwayne Mullin has replaced respondent Kristi Noem as United States Secretary of Homeland Security, so I substitute them as respondents under Federal Rule of Civil Procedure 25(d).

[2] ECF Nos. 3 (service order), 8 (granting motion to temporarily stay case).

[3] ECF Nos. 9, 9-1.